UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re:                                                         :   Chapter 11
                                                               :
C & E COMMUNICATIONS, LTD.,                                    :   Case No. 09-16333 (BRL)
                                                               :
            Debtor.                                            :
                                                               :
                                                               :
---------------------------------------------------------------x
                                                               :
In re:                                                         :   Chapter 11
                                                               :
BERKSHIRE NEW YORK ACCESS, INC.,                               :   Case No. 09-16334 (BRL)
                                                               :
            Debtor.                                            :
                                                               :
                                                               :
                                                               :
---------------------------------------------------------------x
                                                               :
In re:                                                         :   Chapter 11
                                                               :
FAIRPOINT COMMUNICATIONS, INC.,                                :   Case No. 09-16335 (BRL)
                                                               :
            Debtor.                                            :
                                                               :
                                                               :
                                                               :
---------------------------------------------------------------x
                                                               :
                                                               :
In re:                                                         :   Chapter 11
                                                               :
BE MOBILE COMMUNICATIONS,                                      :   Case No. 09-16336 (BRL)
INCORPORATED,                                                  :
                                                               :
            Debtor.                                            :
                                                               :
                                                               :
---------------------------------------------------------------x

```
---------------------------------------------------------x
                                                         :
In re:                                                   :  Chapter 11
                                                         :
BENTLEYVILLE COMMUNICATIONS                              :  Case No. 09-16337 (BRL)
CORPORATION,                                             :
                                                         :
        Debtor.                                          :
                                                         :
                                                         :
                                                         :
---------------------------------------------------------x
                                                         :
In re:                                                   :  Chapter 11
                                                         :
BERKSHIRE CABLE CORP.,                                   :  Case No. 09-16338 (BRL)
                                                         :
        Debtor.                                          :
                                                         :
                                                         :
---------------------------------------------------------x
                                                         :
In re:                                                   :  Chapter 11
                                                         :
BERKSHIRE CELLULAR, INC.,                                :  Case No. 09-16339 (BRL)
                                                         :
        Debtor.                                          :
                                                         :
                                                         :
---------------------------------------------------------x
                                                         :
In re:                                                   :  Chapter 11
                                                         :
BERKSHIRE NET, INC.,                                     :  Case No. 09-16340 (BRL)
                                                         :
        Debtor.                                          :
                                                         :
                                                         :
---------------------------------------------------------x
                                                         :
In re:                                                   :  Chapter 11
                                                         :
BERKSHIRE TELEPHONE CORPORATION,                         :  Case No. 09-16341 (BRL)
                                                         :
        Debtor.                                          :
                                                         :
                                                         :
---------------------------------------------------------x
```

```
------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
BIG SANDY TELECOM, INC.,                                    :   Case No. 09-16342 (BRL)
                                                            :
         Debtor.                                            :
                                                            :
                                                            :
------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
BLUESTEM TELEPHONE COMPANY,                                 :   Case No. 09-16343 (BRL)
                                                            :
         Debtor.                                            :
                                                            :
                                                            :
------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
CHAUTAUQUA & ERIE                                           :   Case No. 09-16424 (BRL)
COMMUNICATIONS, INC.,                                       :
                                                            :
         Debtor.                                            :
------------------------------------------------------------x
                                                            :
                                                            :
In re:                                                      :   Chapter 11
                                                            :
CHAUTAUQUA AND ERIE TELEPHONE                               :   Case No. 09-16375 (BRL)
CORPORATION,                                                :
                                                            :
         Debtor.                                            :
                                                            :
------------------------------------------------------------ x
                                                            :
                                                            :
In re:                                                      :   Chapter 11
                                                            :
CHINA TELEPHONE COMPANY,                                    :   Case No. 09-16376 (BRL)
                                                            :
         Debtor.                                            :
                                                            :
------------------------------------------------------------x
```

```
----------------------------------------------------------x
                                                          :
In re:                                                    :    Chapter 11
                                                          :
CHOUTEAU TELEPHONE COMPANY,                               :    Case No. 09-09-16374 (BRL)
                                                          :
         Debtor.                                          :
                                                          :
                                                          :
----------------------------------------------------------x
                                                          :
In re:                                                    :    Chapter 11
                                                          :
COLUMBINE TELECOM COMPANY,                                :    Case No. 09-16344 (BRL)
                                                          :
         Debtor.                                          :
                                                          :
                                                          :
                                                          :
----------------------------------------------------------x
                                                          :
In re:                                                    :    Chapter 11
                                                          :
COMERCO, INC.,                                            :    Case No. 09-16345 (BRL)
                                                          :
         Debtor.                                          :
                                                          :
                                                          :
----------------------------------------------------------x
                                                          :
In re:                                                    :    Chapter 11
                                                          :
COMMTEL COMMUNICATIONS INC.,                              :    Case No. 09-16346 (BRL)
                                                          :
         Debtor.                                          :
                                                          :
                                                          :
----------------------------------------------------------x
                                                          :
In re:                                                    :    Chapter 11
                                                          :
COMMUNITY SERVICE TELEPHONE CO.,                          :    Case No. 09-16347 (BRL)
                                                          :
         Debtor.                                          :
                                                          :
                                                          :
----------------------------------------------------------x
```

```
------------------------------------------------------------x
                                                  :
In re:                                            :   Chapter 11
                                                  :
C-R COMMUNICATIONS, INC.,                         :   Case No. 09-16387 (BRL)
                                                  :
        Debtor.                                   :
                                                  :
                                                  :
------------------------------------------------------------x
                                                  :
In re:                                            :   Chapter 11
                                                  :
C-R LONG DISTANCE, INC.,                          :   Case No. 09-16386 (BRL)
                                                  :
        Debtor.                                   :
                                                  :
                                                  :
------------------------------------------------------------x
                                                  :
In re:                                            :   Chapter 11
                                                  :
C-R TELEPHONE COMPANY,                            :   Case No. 09-16384 (BRL)
                                                  :
        Debtor.                                   :
                                                  :
                                                  :
------------------------------------------------------------x
                                                  :
In re:                                            :   Chapter 11
                                                  :
EL PASO LONG DISTANCE COMPANY,                    :   Case No. 09-16348 (BRL)
                                                  :
        Debtor.                                   :
                                                  :
                                                  :
------------------------------------------------------------x
                                                  :
In re:                                            :   Chapter 11
                                                  :
ELLENSBURG TELEPHONE COMPANY,                     :   Case No. 09-16382 (BRL)
                                                  :
        Debtor.                                   :
                                                  :
                                                  :
------------------------------------------------------------x
```

```
------------------------------------------------------------x
                                                            :
    In re:                                                  :    Chapter 11
                                                            :
    ELLTEL LONG DISTANCE CORP.,                             :    Case No. 09-16381 (BRL)
                                                            :
              Debtor.                                       :
                                                            :
                                                            :
------------------------------------------------------------x
                                                            :
    In re:                                                  :    Chapter 11
                                                            :
    ENHANCED COMMUNICATIONS OF                              :    Case No. 09-16349 (BRL)
    NORTHERN NEW ENGLAND INC.,                              :
                                                            :
              Debtor.                                       :
                                                            :
                                                            :
------------------------------------------------------------x
                                                            :
    In re:                                                  :    Chapter 11
                                                            :
    EXOP OF MISSOURI, INC.,                                 :    Case No. 09-16350 (BRL)
                                                            :
              Debtor.                                       :
                                                            :
                                                            :
------------------------------------------------------------x
                                                            :
    In re:                                                  :    Chapter 11
                                                            :
    FAIRPOINT BROADBAND, INC.,                              :    Case No. 09-16351 (BRL)
                                                            :
              Debtor.                                       :
                                                            :
                                                            :
------------------------------------------------------------x
                                                            :
    In re:                                                  :    Chapter 11
                                                            :
    FAIRPOINT CARRIER SERVICES, INC.,                       :    Case No. 09-16352 (BRL)
                                                            :
              Debtor.                                       :
                                                            :
                                                            :
------------------------------------------------------------x
```

---------------------------------------------------------------x
:
In re: : Chapter 11
:
**FAIRPOINT COMMUNICATIONS** : Case No. 09-16353 (BRL)
**MISSOURI, INC.,** :
:
     Debtor. :
:
:
---------------------------------------------------------------x
:
In re: : Chapter 11
:
**FAIRPOINT COMMUNICATIONS** : Case No. 09-16354 (BRL)
**SOLUTIONS CORP. – NEW YORK,** :
:
     Debtor. :
:
:
---------------------------------------------------------------x
:
In re: : Chapter 11
:
**FAIRPOINT COMMUNICATIONS** : Case No. 09-16355 (BRL)
**SOLUTIONS CORP. – VIRGINIA,** :
:
     Debtor. :
:
:
---------------------------------------------------------------x
:
In re: : Chapter 11
:
**FAIRPOINT LOGISTICS, INC.,** : Case No. 09-16356 (BRL)
:
     Debtor. :
:
---------------------------------------------------------------x
:
:
In re: : Chapter 11
:
**FAIRPOINT VERMONT, INC.,** : Case No. 09-16357 (BRL)
:
     Debtor. :
:
---------------------------------------------------------------x

| | | |
|---|---|---|
| ------------------------------------------------------------x : | | |
| **In re:** : | **Chapter 11** | |
| : | | |
| **FREMONT BROADBAND, LLC,** : | **Case No. 09-16358 (BRL)** | |
| : | | |
| Debtor. : | | |
| : | | |
| ------------------------------------------------------------x : | | |
| **In re:** : | **Chapter 11** | |
| : | | |
| **FREMONT TELCOM CO.,** : | **Case No. 09-16359 (BRL)** | |
| : | | |
| Debtor. : | | |
| : | | |
| ------------------------------------------------------------x : | | |
| **In re:** : | **Chapter 11** | |
| : | | |
| **FRETEL COMMUNICATIONS, LLC,** : | **Case No. 09-16380 (BRL)** | |
| : | | |
| Debtor. : | | |
| : | | |
| ------------------------------------------------------------x : | | |
| **In re:** : | **Chapter 11** | |
| : | | |
| **GERMANTOWN LONG** : | **Case No. 09-16379 (BRL)** | |
| **DISTANCE COMPANY,** : | | |
| : | | |
| Debtor. : | | |
| : | | |
| ------------------------------------------------------------x : | | |
| **In re:** : | **Chapter 11** | |
| : | | |
| **GIT-CELL, INC.,** : | **Case No. 09-16378 (BRL)** | |
| : | | |
| Debtor. : | | |
| : | | |
| ------------------------------------------------------------x | | |

```
---------------------------------------------------------x
                                              :
In re:                                        :   Chapter 11
                                              :
GITCO SALES, INC.,                            :   Case No. 09-16377 (BRL)
                                              :
         Debtor.                              :
                                              :
                                              :
                                              :
---------------------------------------------------------x
                                              :
In re:                                        :   Chapter 11
                                              :
GTC COMMUNICATIONS, INC.,                     :   Case No. 09-16360 (BRL)
                                              :
         Debtor.                              :
                                              :
                                              :
---------------------------------------------------------x
                                              :
In re:                                        :   Chapter 11
                                              :
GTC FINANCE CORPORATION,                      :   Case No. 09-16367 (BRL)
                                              :
         Debtor.                              :
                                              :
                                              :
                                              :
---------------------------------------------------------x
                                              :
In re:                                        :   Chapter 11
                                              :
GTC, INC.,                                    :   Case No. 09-16368 (BRL)
                                              :
         Debtor.                              :
                                              :
                                              :
                                              :
--------------------------------------------------------- x
                                              :
                                              :
In re:                                        :   Chapter 11
                                              :
MAINE TELEPHONE COMPANY,                      :   Case No. 09-16388 (BRL)
                                              :
         Debtor.                              :
                                              :
                                              :
---------------------------------------------------------x
```

```
------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
MARIANNA AND SCENERY HILL                                   :   Case No. 09-16391 (BRL)
TELEPHONE COMPANY,                                          :
                                                            :
         Debtor.                                            :
                                                            :
                                                            :
------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
MARIANNA TEL, INC.,                                         :   Case No. 09-16392 (BRL)
                                                            :
         Debtor.                                            :
                                                            :
                                                            :
------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
MJD SERVICES CORP.,                                         :   Case No. 09-16366 (BRL)
                                                            :
         Debtor.                                            :
                                                            :
                                                            :
------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
MJD VENTURES, INC.,                                         :   Case No. 09-16402 (BRL)
                                                            :
         Debtor.                                            :
                                                            :
---------------------------------__-------------------------x
                                                            :
                                                            :
In re:                                                      :   Chapter 11
                                                            :
NORTHERN NEW ENGLAND TELEPHONE                              :   Case No. 09-16365 (BRL)
OPERATIONS LLC,                                             :
                                                            :
         Debtor.                                            :
                                                            :
------------------------------------------------------------x
```

| | | |
|---|---|---|
| ----------------------------------------------------------x : | | |
| In re: : | Chapter 11 | |
| : | | |
| **NORTHLAND TELEPHONE COMPANY** : **OF MAINE, INC.,** : | Case No. 09-16404 (BRL) | |
| : | | |
| Debtor. : : | | |
| ----------------------------------------------------------x : | | |
| : | | |
| In re: : | Chapter 11 | |
| : | | |
| **ODIN TELEPHONE EXCHANGE, INC.,** : | Case No. 09-16364 (BRL) | |
| : | | |
| Debtor. : : | | |
| ----------------------------------------------------------x : | | |
| In re: : | Chapter 11 | |
| : | | |
| **ORWELL COMMUNICATIONS, INC.,** : | Case No. 09-16411 (BRL) | |
| : | | |
| Debtor. : : : | | |
| ----------------------------------------------------------x : | | |
| In re: : | Chapter 11 | |
| : | | |
| **PEOPLES MUTUAL LONG DISTANCE** : **COMPANY,** : | Case No. 09-16369 (BRL) | |
| : | | |
| Debtor. : : | | |
| ----------------------------------------------------------x : | | |
| In re: : : | Chapter 11 | |
| **PEOPLES MUTUAL SERVICES COMPANY,** : : | Case No. 09-16370 (BRL) | |
| Debtor. : : | | |
| ----------------------------------------------------------: x | | |

```
------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
PEOPLES MUTUAL TELEPHONE                                    :   Case No. 09-16371 (BRL)
COMPANY,                                                    :
                                                            :
            Debtor.                                         :
                                                            :
                                                            :
------------------------------------------------------------x
                                                            :
                                                            :
In re:                                                      :   Chapter 11
                                                            :
QUALITY ONE TECHNOLOGIES, INC.,                             :   Case No. 09-16406 (BRL)
                                                            :
            Debtor.                                         :
                                                            :
------------------------------------------------------------x
                                                            :
                                                            :
In re:                                                      :   Chapter 11
                                                            :
RAVENSWOOD COMMUNICATIONS, INC.,                            :   Case No. 09-16372 (BRL)
                                                            :
            Debtor.                                         :
                                                            :
                                                            :
                                                            :
------------------------------------------------------------x
                                                            :
                                                            :
In re:                                                      :   Chapter 11
                                                            :
SIDNEY TELEPHONE COMPANY,                                   :   Case No. 09-16399 (BRL)
                                                            :
            Debtor.                                         :
                                                            :
                                                            :
                                                            :
------------------------------------------------------------x
                                                            :
                                                            :
In re:                                                      :   Chapter 11
                                                            :
ST COMPUTER RESOURCES, INC.,                                :   Case No. 09-16398 (BRL)
                                                            :
            Debtor.                                         :
                                                            :
------------------------------------------------------------x
```

```
------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
ST ENTERPRISES, LTD.,                                       :   Case No. 09-16397 (BRL)
                                                            :
        Debtor.                                             :
                                                            :
                                                            :
------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
ST LONG DISTANCE, INC.,                                     :   Case No. 09-16395 (BRL)
                                                            :
        Debtor.                                             :
                                                            :
                                                            :
------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
ST. JOE COMMUNICATIONS, INC.,                               :   Case No. 09-16423 (BRL)
                                                            :
        Debtor.                                             :
                                                            :
                                                            :
------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
STANDISH TELEPHONE COMPANY,                                 :   Case No. 09-16394 (BRL)
                                                            :
        Debtor.                                             :
                                                            :
                                                            :
------------------------------------------------------------x
                                                            :
                                                            :
In re:                                                      :   Chapter 11
                                                            :
SUNFLOWER TELEPHONE COMPANY, INC.:              Case No. 09-16389 (BRL)
                                                            :
        Debtor.                                             :
                                                            :
                                                            :
------------------------------------------------------------x
```

---------------------------------------------------------------x
                                                                       :

**In re:**                                                                      :         **Chapter 11**

**TACONIC TECHNOLOGY CORP.,**      :         **Case No. 09-16407 (BRL)**

        Debtor.

---------------------------------------------------------------x

**In re:**                                                                       :         **Chapter 11**

**TACONIC TELCOM CORP.,**            :         **Case No. 09-16408 (BRL)**

        Debtor.

---------------------------------------------------------------x

**In re:**                                                                       :         **Chapter 11**

**TACONIC TELEPHONE CORP.,**        :         **Case No. 09-16409 (BRL)**

        Debtor.

---------------------------------------------------------------x

**In re:**                                                                       :         **Chapter 11**

**TELEPHONE OPERATING COMPANY OF VERMONT LLC,**              :         **Case No. 09-16410 (BRL)**

        Debtor.

---------------------------------------------------------------x

**In re:**                                                                       :         **Chapter 11**

**TELEPHONE SERVICE COMPANY,**     :         **Case No. 09-16401 (BRL)**

        Debtor.

---------------------------------------------------------------x

```
------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
THE COLUMBUS GROVE TELEPHONE                                :   Case No. 09-16412 (BRL)
COMPANY,                                                    :
                                                            :
         Debtor.                                            :
                                                            :
------------------------------------------------------------x
                                                            :
                                                            :
In re:                                                      :   Chapter 11
                                                            :
THE EL PASO TELEPHONE COMPANY,                              :   Case No. 09-16363 (BRL)
                                                            :
         Debtor.                                            :
                                                            :
------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
THE GERMANTOWN INDEPENDENT                                  :   Case No. 09-16413 (BRL)
TELEPHONE COMPANY,                                          :
                                                            :
         Debtor.                                            :
                                                            :
                                                            :
------------------------------------------------------------x
                                                            :
                                                            :
In re:                                                      :   Chapter 11
                                                            :
THE ORWELL TELEPHONE COMPANY,                               :   Case No. 09-16405 (BRL)
                                                            :
         Debtor.                                            :
                                                            :
                                                            :
------------------------------------------------------------x
                                                            :
                                                            :
In re:                                                      :   Chapter 11
                                                            :
UI COMMUNICATIONS, INC.,                                    :   Case No. 09-16414 (BRL)
                                                            :
         Debtor.                                            :
                                                            :
------------------------------------------------------------x
```

---------------------------------------------------------------x
| | : | |
| **In re:** | : | |
| | : | **Chapter 11** |
| **UI LONG DISTANCE, INC,** | : | |
| | : | **Case No. 09-16415 (BRL)** |
| Debtor. | : | |
| | : | |
---------------------------------------------------------------x
| | : | |
| **In re:** | : | |
| | : | **Chapter 11** |
| **UI TELECOM, INC.,** | : | |
| | : | **Case No. 09-16416 (BRL)** |
| Debtor. | : | |
| | : | |
---------------------------------------------------------------x
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **UNITE COMMUNICATIONS SYSTEMS, INC.,** | : | **Case No. 09-16362 (BRL)** |
| | : | |
| Debtor. | : | |
| | : | |
---------------------------------------------------------------x
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **UTILITIES, INC.,** | : | **Case No. 09-16400 (BRL)** |
| | : | |
| Debtor. | : | |
| | : | |
---------------------------------------------------------------x
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **YATES CITY TELEPHONE COMPANY,** | : | **Case No. 09-16373 (BRL)** |
| | : | |
| Debtor. | : | |
| | : | |
---------------------------------------------------------------x

```
----------------------------------------------------------x
                                                          :
In re:                                                    :    Chapter 11
                                                          :
YCOM NETWORKS, INC.,                                      :    Case No. 09-16361 (BRL)
                                                          :
           Debtor.                                        :
                                                          :
----------------------------------------------------------x
```

**ORDER DIRECTING JOINT ADMINISTRATION OF RELATED
CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 1015(b)**

Upon the motion (the "Motion")[1] dated October 26, 2009 of FairPoint Communications, Inc. ("FairPoint Communications") and its affiliated debtors, as debtors in possession (collectively, "FairPoint"), for the entry of an order, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") directing joint administration of FairPoint's chapter 11 cases for procedural purposes only, as more fully described in the Motion; and upon consideration of the First Day Declaration; and it appearing that the relief requested is in the best interests of FairPoint's estates, its creditors and other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

    1.    The Motion is GRANTED as provided herein.

---

[1]     Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 09-16335.

3. The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
: 
**In re:** : **Chapter 11**
:
**FAIRPOINT COMMUNICATIONS, INC.,** *et al.*,: **Case No. 09-16335 (____)**
:
Debtors. : **(Jointly Administered)**
:
-----------------------------------------------------------------x

A docket entry shall be made in each of the above-captioned cases substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of FairPoint Communications, Inc.; BE Mobile Communications, Incorporated; Bentleyville Communications Corporation; Berkshire Cable Corp.; Berkshire Cellular, Inc.; Berkshire Net, Inc.; Berkshire New York Access, Inc.; Berkshire Telephone Corporation; Big Sandy Telecom, Inc.; Bluestem Telephone Company; C & E Communications, Ltd.; Chautauqua & Erie Communications, Inc.; Chautauqua and Erie Telephone Corporation; China Telephone Company; Chouteau Telephone Company; Columbine Telecom Company; Comerco, Inc.; Commtel Communications Inc.; Community Service Telephone Co.; C-R Communications, Inc.; C-R Long Distance, Inc.; C-R Telephone Company; El Paso Long Distance Company; Ellensburg Telephone Company; Elltel Long Distance Corp.; Enhanced Communications of Northern New England Inc.; ExOp of Missouri, Inc.; FairPoint Broadband, Inc.; FairPoint Carrier Services, Inc.; FairPoint Communications Missouri, Inc.; FairPoint Communications Solutions Corp. – New York; FairPoint Communications Solutions Corp. – Virginia; FairPoint Logistics, Inc.; FairPoint Vermont, Inc.; Fremont Broadband, LLC; Fremont Telcom Co.; Fretel Communications, LLC; Germantown Long Distance Company; GIT-CELL, Inc.; GITCO Sales, Inc.; GTC Communications, Inc.; GTC Finance Corporation; GTC, Inc.; Maine Telephone Company; Marianna and Scenery Hill Telephone Company; Marianna Tel, Inc.; MJD Services Corp.; MJD Ventures, Inc.; Northern New England Telephone Operations

LLC; Northland Telephone Company of Maine, Inc.; Odin Telephone Exchange, Inc.; Orwell Communications, Inc.; Peoples Mutual Long Distance Company; Peoples Mutual Services Company; Peoples Mutual Telephone Company; Quality One Technologies, Inc.; Ravenswood Communications, Inc.; Sidney Telephone Company; ST Computer Resources, Inc.; ST Enterprises, Ltd.; ST Long Distance, Inc.; St. Joe Communications, Inc.; Standish Telephone Company; Sunflower Telephone Company, Inc.; Taconic Technology Corp.; Taconic TelCom Corp.; Taconic Telephone Corp.; Telephone Operating Company of Vermont LLC; Telephone Service Company; The Columbus Grove Telephone Company; The El Paso Telephone Company; The Germantown Independent Telephone Company; The Orwell Telephone Company; UI Communications, Inc.; UI Long Distance, Inc.; UI Telecom, Inc.; Unite Communications Systems, Inc.; Utilities, Inc.; Yates City Telephone Company; YCOM Networks, Inc. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, **Case No. 09-16335**.

4. One consolidated docket, one file and one consolidated service list shall be maintained by FairPoint and kept by the Clerk of the United States Bankruptcy Court for the Southern District of New York.

5. Notice of the Motion as provided herein shall be deemed good and sufficient.

6. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of FairPoint's chapter 11 cases.

7. FairPoint is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

8. FairPoint shall be permitted to file their monthly operating reports required by the United States Trustee Operating Guidelines on a consolidated basis; *provided, however*, that disbursements will be listed on a debtor-by-debtor basis.

9. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Date: October 27, 2009
New York, New York

*/s/Burton R. Lifland*
UNITED STATES BANKRUPTCY JUDGE